THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THERESA SHORTMAN, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>MULTICARE HEALTH SYSTEM, a Washington corporation,<br><br>Defendant. | CASE NO. C20-5615-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report and Plaintiff's unopposed motion for relief from Local Civil Rule 23(i)(3). Having considered the parties' briefing and the relevant record and finding good cause, the Court GRANTS Defendant's request for phased discovery, GRANTS Plaintiff's motion for relief from Local Civil Rule 23(i)(3), and ORDERS the parties to adhere to the following schedule:

1. The estimated 2-5 day jury trial is set for February 28, 2022 at 9:30 AM in Courtroom 16206 before U.S. District Judge John C. Coughenour.

2. Trial briefs and proposed voir dire/jury instructions are due by February 24, 2022.

3. Per the parties' request in the joint status report, the Court dispenses with the pretrial statements and pretrial order called for by Local Civil Rules 16(e), (i), (k) and 16.1 in whole for the sake of economy.

4. Dispositive motions shall be filed by December 10, 2021.

5. Rule 39.1 Mediation shall be completed by November 24, 2021.

6. Discovery regarding issues that do not bear on class certification shall be completed by November 12, 2021.

7. Plaintiff's motion for class certification shall be filed by July 28, 2021.

8. Discovery regarding class certification shall be completed by June 30, 2021.

9. The deadline for joining additional parties and amending the pleadings shall be January 29, 2021.

Jury instructions must be numbered sequentially. Counsel should submit two copies of proposed jury instructions, one with citations and one without, and should send electronic copies of the instructions to the chambers orders inbox at coughenourorders@wawd.uscourts.gov. Counsel are advised that the Court relies primarily upon the Ninth Circuit *Manual for Model Jury Instructions* to prepare final instructions for submission to the jury.

Counsel are advised that this case is one of several set for the week set forth above. Counsel must be prepared to commence trial as scheduled but also be aware that the trial may have to be continued. Counsel are directed to contact the Courtroom Deputy Clerk at gabriel_traber@wawd.uscourts.gov two to four weeks in advance of the trial date to inquire about the Court's calendar.

Counsel must attend Courtroom Technology Training at least one month in advance of the trial to become familiar with the new A/V equipment now available in the courtroom. Training is held at 3:00 PM on the 1st and 3rd Wednesday of each month.

//

//

1    DATED this 19th day of January 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
