|   |   |
|---|---|
| THERESA SHORTMAN, individually and as the representative of a class of similarly-situated persons,<br><br>                       Plaintiff,<br>  v.<br><br>MULTICARE HEALTH SYSTEM, a Washington corporation,<br><br>                       Defendant. | Case No.: 3:20-cv-05615<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL** |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff in this action, Theresa Shortman, and Defendant, MultiCare Health System, through their undersigned counsel of record, hereby stipulate to the dismissal of this action with prejudice as to the individual claims of Theresa Shortman only, without prejudice as to the members of the putative class, each side to bear its own costs and fees.

SO STIPULATED:

By: /s/ Ryan M. Kelly
RYAN M. KELLY
ANDERSON + WANCA
3701 Algonquin Rd., Suite 500
Rolling Meadows, IL  60008

JOINT STIPULATION OF VOLUNTARY DISMISSAL
CASE NO. 3:2-cv-05615

**Anderson + Wanca**
3701 Algonquin Rd., Suite 500
Rolling Meadows, IL  60008
Tel. (847) 368-1500

| | |
|---|---|
| 1 | Telephone: 847-368-1500 |
| 2 | Facsimile:  847-368-1501 |
|  | rkelly@andersonwanca.com |
| 3 | *Counsel for Plaintiff* |
| 4 | Walter Smith |
| 5 | SMITH & DIETRICH LAW OFFICES, PLLC |
|  | 3905 Martin Way East, Suite F |
| 6 | Olympia, WA  98506 |
|  | Telephone:  360-915-6952 |
| 7 | walter@smithdietrich.com |
| 8 | *Local Counsel for Plaintiff* |
| 9 | |
| 10 | By: /s/  Michael Madden |
|  | Michael Madden, WSBA #8747 |
| 11 | Michael J. Madderra, WSBA #48169 |
|  | BENNETT BIGELOW & LEEDOM, P.S. |
| 12 | 601 Union Street, Suite 1500 |
| 13 | Seattle, Washington 98101-1363 |
|  | T: (206) 622-5511 |
| 14 | F: (206)622-6986 |
|  | Email: mmadden@bbllaw.com |
| 15 | mmadderra@bbllaw.com |
| 16 | *Counsel for Defendant* |

JOINT STIPULATION OF VOLUNTARY DISMISSAL
CASE NO. 3:2-CV-05615

**Anderson + Wanca**
3701 Algonquin Rd., Suite 500
Rolling Meadows, IL  60008
Tel. (847) 368-1500

## CERTIFICATE OF SERVICE

    I hereby certify that on July 22, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                  */s/ Ryan M. Kelly*
                                                  Ryan M. Kelly

JOINT STIPULATION OF VOLUNTARY DISMISSAL
CASE NO. 3:2-CV-05615

**Anderson + Wanca**
3701 Algonquin Rd., Suite 500
Rolling Meadows, IL  60008
Tel. (847) 368-1500